UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| UNITED STATES OF AMERICA | DOCKET NO. 1:24CR27-2 |
|---|---|
| v. | **ORDER TO UNSEAL** |
| (2) MICHAEL ISAAC ROBINSON | |

UPON MOTION of the United States of America, by and through Dena J. King, United States Attorney for the Western District of North Carolina, for an order directing that defendant #2 only in the above-captioned case be unsealed; and

NOW, THEREFORE, IT IS ORDERED that defendant #2 Michael Isaac Robinson only in the above-captioned case be unsealed.

The clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshals Service, Defense Counsel and the United States Attorney's Office.

SO ORDERED on this 10th day of April 2024.

W. CARLETON METCALF
UNITED STATES MAGISTRATE JUDGE